

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      David Glen Mays v. The State of Texas

Appellate case number:    01-13-00296-CR

Trial court case number:  B-120056-R

Trial court:              163rd District Court of Orange County

      It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature:  _/s/ Rebeca Huddle_____
          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Huddle

Date: July 15, 2014_____